UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAMUEL M. PIATNITSKY,<br><br>            Plaintiff,<br>  v.<br><br>BELINDA STEWART, ET. AL.,<br><br>            Defendants. | Case No. C17-5486-BHS-TLF<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER |

The Court, having reviewed the record and Defendants' Motion for a Protective Order Pursuant to Fed. R. Civ. P. 26(c); does hereby find and **ORDER**[1]:

    1.    Defendants' Motion for a Protective Order Pursuant to Fed. R. Civ. P. 26(c) is **GRANTED**;

    2.    Defendants shall not be required to disclose redacted OMNI file paths;

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

---

[1] This Order reflects and memorializes this Court's oral ruling at the Discovery Status and Motion Hearing on January 23, 2018.

ORDER GRANTING DEFENDANTS' MOTION FOR A
PROTECTIVE ORDER - 1

3. The Clerk of the Court is instructed to send uncertified copies of this Order to all parties of record in this matter.

Dated this 26th day of January, 2018.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER - 2