# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SAMUEL M. PIATNITSKY, <br><br> Plaintiff, <br><br> v. <br><br> BELINDA STEWART, <br><br> Defendants. | Case No. C17-5486 BHS-TLF <br><br> ORDER SETTING TELEPHONIC HEARING |

The Court has received defendants' motion for summary judgment, Dkt. 19, and plaintiff's motion for an extension of time to respond to the motion for summary judgment, Dkt. 27, which appears to be a request for deferral or additional time pursuant to Fed. R. Civ. P. 56(d). Both motions were noted for consideration on July 20, 2017, which as currently scheduled would render responses to each due on July 16. Plaintiff's motion indicates that he is unable to respond without additional materials he has sought in discovery, which he is also seeking through other channels. Dkt. 27 at 4-6. Plaintiff also appears to request extension of the deadlines for discovery and motions to compel in order to obtain these materials. *Id.*

Because resolution of plaintiff's motion is necessary before the summary judgment motion can be decided, the Court **suspends** the defendants' motion for summary judgment, Dkt. 19, and will re-note it following resolution of plaintiff's motion. Under the circumstances, the Court has determined that the issues raised by plaintiff's motion should be addressed in a telephonic hearing on **July 27, 2018**. Counsel for Defendants shall coordinate to set up a

ORDER SETTING TELEPHONIC HEARING - 1

telephonic conference, and shall work with the Court's courtroom deputy to determine a mutually convenient time. Defendants may file a response to plaintiff's motion no later than Monday, July 23, 2018, and plaintiff may file a reply no later than Thursday, July 26, 2018.

Dated this 10th day of July, 2018.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER SETTING TELEPHONIC HEARING - 2